(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Zarata Scott

_____

(Name of Plaintiff or Plaintiffs)

v.

Providence Creek Academy

Charles Taylor

_____

(Name of Defendant or Defendants)

**CIVIL ACTION No.** 0 7 – 4 5 1

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. $\S$2000e-5. Equitable and other relief are also sought under 42 U.S.C. $\S$2000e-5(g).

2.      Plaintiff resides at    P. O.  Box 247

Dover    Kent    De    19903

(City)    (County)    (State)    (Zip Code)

302-730-1810

(Area Code) (Phone Number)

3.      Defendant resides at, or its business is located at   Duck Creek Road

Clayton    Kent    De    19938

(City)    (County)    (State)    (Zip Code)

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's   Providence Creek Academy   place of bussiness

(Defendant's Name)

located at    Duck Creek Road

(Street Address)

Clayton    Kent    De    19938

(City)    (County)    (State)    (Zip Code)

5.   The alleged discriminatory acts occurred on _____/_____, _____26_____, _____2006_____.
                                                    (Day)        (Month)        (Year)

6.   The alleged discriminatory practice   ◉ is   ○ is not continuing.

7.   Plaintiff filed charges with the Department of Labor of the State of Delaware,

| (Agency) | (Street Address) | (City) |
|---|---|---|

, regarding

| (County) | (State) | (Zip Code) |
|---|---|---|

defendant's alleged discriminatory conduct on _____/_____, _____26_____, _____2006_____.
                                                (Day)        (Month)        (Year)

8.   Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: _____April_____, _____April_____, _____2006_____.
                                                          (Day)           (Month)          (Year)

9.   The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: _____, _____July_____, _____2007_____.
                                     (Day)           (Month)           (Year)

### (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.   The alleged discriminatory acts, in this suit, concern:

   A.   ○ Failure to employ plaintiff.

   B.   ◉ Termination of plaintiff's employment.

   C.   ○ Failure to promote plaintiff.

   D.   ○ Other acts (please specify below)

Plantoff was terminated based on failure
to teach a foreign language in which she
was not qualified to teach. She was
harassed, threaten to be terminated, when she
stated she was unable to do it, she was
written up with letter of reprimands, singled
out, her job was posted on internet
not given accomodations after being hospitalized
then terminated.

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ● Plaintiff's race

    B.    ● Plaintiff's color

    C.    ○ Plaintiff's sex

    D.    ○ Plaintiff's religion

    E.    ○ Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### *THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

    A.    ● That all fees, cost or security attendant to this litigation be hereby waived.

    B.    ○ That the Court appoint legal counsel.

    C.    ○ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____7/20/2007_____

_____Zureta Scott_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

EEOC Form 161 (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Zarata H. Scott
804 Woodcrest Drive
Dover, DE 19904

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA  19106-2515

[    ]    *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2006-00947 | Legal Unit | (215) 440-2828 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[    ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[    ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[    ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[    ]    We cannot investigate your charge because it was not filed within the time limit required by law.

[    ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[    ]    While reasonable efforts were made to locate you, we were not able to do so.

[    ]    You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[    ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[    ]    Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                _____

Marie M. Tomasso, District Director                      *(Date Mailed)*

Enclosure(s)

Information Sheet

cc:  PROVIDENCE CREEK ACADEMY CHARTER SCHOOL
Charles Taylor, Managing Director
Keri L. Morris, Esq.
(Attorney for Respondent)