

July 30, 2007

U.S. District Court
Clerk Of Court
Case Name: Scott v. Providence Creek Academy
Case Number 1:07-cv-451

Dear Clerk of Court:

I inadvertently assigned that this case be heard by a judge instead of a jury. I would like the change made to being heard by a '**jury**' instead of the simply '**judge**'. I'm very sorry for the inconvenience. Thank you very much.

Sincerely,

*Zarata Scott*

Zarata Scott
302-730-1810
302-399-4422

Zapata Scott
P.O. Box 247
Dover, DE 19903

U.S.M.
X-R

WILMINGTON DE 197
30 JUL 2007 PM 2 L

Office of The Clerk
United States District Court
844 W. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

USA First-Class