Dear Your Honor,

12/17/07

07-451

I am writing this letter asking that my case be reopened. I received a letter on last friday 12/14/07 notifying me that my case had been dismissed without prejudice. I mailed the 285 forms well over two months ago and I dont quite understand what transpired, Although, however there has been a problem with the mail being sent and with mail received in my neighborhood. We have had substitute driver for several months and there has been complaints about letters being returned, mail being placed in wrong boxes, and mail not reaching proper destinations. I am Resubmitting the 285 forms and asking that my case be Re-opened. Thank you sincerely.

Respectfully Yours,
Zarata H. Scott

2007 DEC 21  PM 12: 57

DISTRICT OF DELAWARE
CLERK U.S. DISTRICT COURT
FILED

BD
scanned

From: Zakuta Scott
P.O. Box 247
Dover, De 19903



FIRST CLASS

CERTIFIED MAIL

7007 1490 0003 3233 7306

# Ready**P**ost.

Photo Document Mailer

U.S. POSTAGE
$6.78

To: Clerk of Court
844 W. King St
Lockbox 18
Wilmington, 19801

FIRST CLASS