OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 4, 2008

```
TO:   Zarata Scott
      P.O. Box 247
      Dover, DE 19903
```

**RE:  U.S. Marshal 285 Forms** - **Deficiency Noted**
*Civ. No.* 07-451

Dear Ms. Scott:

   Please be advised that this office has received U.S. Marshal 285 forms for Charles Taylor, Andrea Spence and Audrey Erschen. The USM 285 forms for Andrea Spence and Audrey Erschen are being returned to you because they are not listed defendants in this civil action. Please submit to the Clerk's Office a USM 285 form for Providence Creek Academy. Enclosed please find a blank USM 285 form. Also, the USM 285 form for Charles Taylor lacks an original signature. Please submit the corrected USM 285 form for Charles Taylor to the Clerk's Office.

   Upon receipt of the U.S. Marshal 285 forms, your complaint will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/ead                                      PETER T. DALLEO
                                          CLERK

enc: Blank USM 285 form
     Returned USM 285's