1/7/08

office of the Clerk          07-451

This letter is to serve as a Request for a motion to enter Audrey Erschen and Andrea Spence as defendants to case number 07-451. Thank you kindly.

Sincerely
Zarata H. Scott



FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Zapata H. Scott
P.O. Box 247
Dover, De 19903

WILMINGTON DE 197
24 JAN 2008 PM 3 L
JURY DUTY
SERVE WITH PRIDE USA 41

Office of Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570