IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ZARATA SCOTT,                        :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :  Civil Action No. 07-451-JJF
                                     :
PROVIDENCE CREEK ACADEMY,            :
CHARLES TAYLOR, AUDREY               :
ERSCHEN, and ANDREA SPENCE,          :
                                     :
          Defendants.                :

**ORDER**

NOW THEREFORE, at Wilmington this 29 day of April, 2008, IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion To Reopen the case is **GRANTED**. (D.I. 9.)

2.  The Court's July 30, 2007 Order is **VACATED**.  (D.I. 6.)

3.  Defendants Charles Taylor, Audrey Erschen, and Andrea Spence are **DISMISSED** as Defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.  Plaintiff may **PROCEED** against Defendant Providence Creek Academy.

IT IS FURTHER ORDERED that:

1.  Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff has provided an **original** "U.S. Marshal-285" form for remaining **Defendant Providence Creek Academy.  Plaintiff has also provide the Court with one copy the Complaint (D.I. 2) for service upon Defendant.**

2.    The United States Marshal shall forthwith serve a copy of the Complaint and this Order upon Defendant as directed by Plaintiff.  All costs of service shall be advanced by the United States.

3.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE