IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZARATA H. SCOTT | : | |
| | : | C.A. No. 07-451 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROVIDENCE CREEK ACADEMY, and | : | |
| CHARLES TAYLOR, | : | |
| | : | |
| Defendants. | | |

## ANSWER TO COMPLAINT

## WITH AFFIRMATIVE DEFENSES

Defendants Providence Creek Academy, and Charles Taylor, by and through their undersigned counsel, hereby answer Plaintiff's Complaint as follows:

1. The allegation in this paragraph state legal conclusions requiring no response. To the extent a response is required, denied.

2. Defendant is without knowledge sufficient to form a belief as to the truth or falsity of the allegation in the Paragraph and therefore it is denied.

3. Admitted, except that Providence Creek Academy's address is 355 West Duck Creek Road, P.O. Box 265, Clayton, DE 19938

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Admitted that Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) alleging discrimination. The remainder of the allegation is denied.

9. Denied as stated.

10. Denied.

11. Defendant admits Plaintiff seeks relief for alleged race and color discrimination. It is specifically denied that Defendant

12. The allegation in this paragraph state legal conclusions requiring no response. To the extent a response is required, denied.

13. The allegation in this paragraph state legal conclusions requiring no response. To the extent a response is required, denied.

14. The allegation in this paragraph state legal conclusions requiring no response. To the extent a response is required, denied.

## AFFIRMATIVE DEFENSES

A. The Complaint fails to state a claim upon which relief can be granted.

B. Defendants' actions were taken for legitimate business reasons that were non-discriminatory.

C. Plaintiff failed to mitigate her damages.

D. Plaintiff's claims are barred in whole or part by failing to exhaust her administrative remedies and/or the applicable statute of limitations.

E. Plaintiff failed to act with reasonable care to take advantage of the preventive and corrective opportunities provided by defendants regarding alleged unlawful workplace discrimination and/or harassment and to otherwise prevent harm that could have been avoided.

F. The individual defendant is entitled to qualified immunity.

G. Collateral estoppel and/or res judicata apply to bar litigation of issues formally adjudicated concerning plaintiff's actions.

H. The actions and conduct of the Defendant does not rise to the level of a constitutional or statutory violation and, therefore, Plaintiff did not suffer any infringement of her constitutional rights or rights secured by a federal statute.

WHEREFORE, Defendant respectfully request that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

    /s/ KERI L. MORRIS
Keri L. Morris, Esquire (No. 4656)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Telephone: (302) 552-4372
Facsimile: (302) 651-7905
Email: klmorris@mdwcg.com
Attorneys for Defendant

Dated: May 27, 2008

15/625267.v1

IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZARATA H. SCOTT : | |
| : | C.A. No. 07-451 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PROVIDENCE CREEK ACADEMY, and : | |
| CHARLES TAYLOR, : | |
| : | |
| Defendants. | |

CERTIFICATE OF SERVICE

I, Keri L. Morris, hereby certify that the Answer of Defendants, Providence Creek Academy and Charles Taylor, to Plaintiff's Complaint with Affirmative Defenses has been served upon the following counsel via e-file and two true and correct copies by first class mail:

Zarata Scott, Pro Se
P.O. Box 247
Dover, DE 19903

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

  /s/ KERI L. MORRIS
Keri L. Morris, Esquire (No. 4656)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Telephone: (302) 552-4372
Facsimile: (302) 651-7905
Email: klmorris@mdwcg.com
Attorneys for Defendant

Date: May 27, 2008

15/625267.v1